IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RONALD E. COPE ,

    Appellant,

v.

STATE OF FLORIDA ,

    Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3313

Opinion filed November 13, 2014.

An appeal from the Circuit Court for Escambia County.
Jan Shackelford, Judge.

Ronald E. Cope, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

BENTON, CLARK, and ROWE, JJ., CONCUR.